# UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER:  06-7003M |
| BART KOLODZIEJEWSKI | PHILLIP OGDEN |

**THE DEFENDANT:**
  Pleaded guilty to count one of the superceding Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses: offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 42-4-1301(1)(b) | Driving While Ability Impaired | 9/1/2005 | 1 |

The defendant is sentenced as provided in the findings and conclusions made in open court, incorporated herein by this reference.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The original Information is dismissed with prejudice.

  IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

5/17/2006
Date of Imposition of Judgment

s/Daniel B. Sparr
Signature of Judicial Officer

Daniel B. Sparr
Senior U.S. District Court Judge
Name & Title of Judicial Officer

5/17/2006
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 20 days suspended on the condition that defendant successfully complete a period of nine months unsupervised probation.

## PROBATION

The defendant shall successfully complete a Level 2 Drug/Alcohol program and shall pay for the costs of same.

Defendant shall perform 48 hours of community service, inclusive of 2 to the MADD organization.

Defendant shall have no violations of law.

Defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance except as prescribed by a physician.

The defendant shall support his dependents and meet other family responsibilities.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

|  | **Fees and Costs** | **Fine** | **Restitution** |
| --- | --- | --- | --- |
| SpecAssmt | $25.00 | $300.00 | |
| ProcFee | $25.00 | | |
| **TOTALS** | $50.00 | $300.00 | $0.00 |

Fines and costs shall be due and payable by the conclusion of defendant's period of unsupervised probation, February 14, 2007.